COMMONWEALTH of Pennsylvania,

v.

Martin Daniel APPEL.

Appeal of Paul J. EVANKO
and Martin F. Horn.

Supreme Court of Pennsylvania.

April 3, 1995.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of April, 1995, the Notice of Appeal is quashed. The Consolidated Application for a Stay of Execution is dismissed as moot.

MONTEMURO, J., is sitting by designation.